In the Matter of JOSEPH H. MULLER, Respondent, against KATE JONES, Appellant.

(Submitted March 5, 1936; decided April 14, 1936.)

*Samuel W. Dorfman* and *Jacob R. Schiff* for appellant.
*Henry Muller, Joseph H. Muller* and *Adolph Feldblum* for respondent.

Appeal dismissed, with costs, on the ground that the order appealed from is a discretionary order. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.